ROBERT SCHMIDT, an Infant, by ERICH SCHMIDT, His Guardian ad Litem, and ERICH SCHMIDT, Appellants, v. CITY OF NEW YORK, Respondent.— Motion for

leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.